IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JESSE MAY | § | |
| VS. | § | CIVIL ACTION NO. 9:20cv159 |
| JAMES BLAKE | § | |

<u>MEMORANDUM OPINION AND ORDER REGARDING VENUE</u>

Plaintiff Jesse May, an inmate confined in the Ferguson Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983 against James Blake, the warden of the Ferguson Unit.

<u>Analysis</u>

The Civil Rights Act, 42 U.S.C. § 1981, *et. seq.*, under which this case is brought, does not contain a specific venue provision. Accordingly, venue in civil rights cases is controlled by 28 U.S.C. § 1391. When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendant reside or in which the claim arose.

Plaintiff complains of events which occurred at the Ferguson Unit, which is located in Madison County, Texas. Pursuant to 28 U.S.C. § 124, Madison County is located in the Houston Division of the Southern District of Texas. In addition, the defendant appears to reside in Madison County.

As Madison County is not located in the Eastern District of Texas, and as the defendant does not reside in the Eastern District, venue in the Eastern District of Texas is not proper. When venue is not proper, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). The court is of the opinion it would be in the interests of justice to transfer this case to the correct district.

## ORDER

Accordingly, it is **ORDERED** this case is transferred to the Houston Division of the United States District Court for the Southern District of Texas.

SIGNED this 2nd day of October, 2020.

                                              Zack Hawthorn
                                              United States Magistrate Judge